IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER D. ROMERO,
MONIQUE ROMERO,

      Plaintiffs,                  No. CIV S-05-1245 DFL JFM PS

      vs.

RODNEY KIRKLAND and
JUNE KUNTZ,

      Defendants.               ORDER

_____/

        Plaintiffs are proceeding pro se with a civil rights action brought pursuant to 42 U.S.C. § 1983. Presently calendared for hearing on February 9, 2006 is defendants' December 20, 2005 motion to dismiss. Plaintiffs have requested that the motion be submitted on the papers. Pursuant to Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument. Due to the pending motion to dismiss, the status conference presently set for hearing on February 9, 2006 will also be vacated. This will be reset, if appropriate, following ruling on the motion to dismiss.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The hearing date of February 9, 2006 on defendants' motion to dismiss is vacated.

1

2. The February 9, 2006 status conference is vacated.

DATED: February 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; romero.vac