IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER D. ROMERO,
MONIQUE ROMERO,

      Plaintiffs,                     No. CIV S-05-1245 DFL JFM PS

      vs.

RODNEY KIRKLAND and
JUNE KUNTZ,

      Defendants.               FINDINGS & RECOMMENDATIONS
_____/

      By order filed February 9, 2006, plaintiffs' second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a third amended complaint. Rather, on March 9, 2006, plaintiffs filed a document entitled "Notice of Intent Not to File Amended Complaint and Request for Formal Dismissal to Allow Appeal." Plaintiffs state they do not intend to file a third amended complaint and seek formal dismissal of this action so they may pursue an appeal.

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections

1

1 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
2 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
3 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
4 (9th Cir. 1991).
5 DATED: March 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001; romero.fta