IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER D. ROMERO,
MONIQUE ROMERO,

        Plaintiffs,                No. CIV S-05-1245 DFL JFM PS

    vs.

RODNEY KIRKLAND and
JUNE KUNTZ,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 27, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed March 27, 2006, are adopted in full;

1

1      2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R.
2  Civ. P. 41(b).
3  DATED: 8/3/2006

```
                              _____
                              DAVID F. LEVI
                              United States District Judge
```